

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** and Robert Valdespino as Trustee, Et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellee Robert Valdespino's brief was originally due March 18, 2016. Neither the brief nor a motion for extension of time has been filed. On March 23, 2016, we notified Valdespino that his brief was not filed. Valdespino filed a letter stating his attorney was Jeffrey Hiller. Mr. Hiller has filed a letter advising the court he is not appellate counsel for Valdespino.

We **order** appellee Robert Valdespino's brief due April 18, 2016. If the brief is not filed by the date ordered, we may order the case submitted without his brief

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court